UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-3582 FMO (RAOx) | Date | November 3, 2025 |
|---|---|---|---|
| Title | Carlos Pucheta v. Nissan North America, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause

On October 2, 2025, after the parties failed to file either a Notice of Settlement or a Status Report Re: Settlement, the court issued an Order to Show Cause Re: Sanctions or Dismissal ("OSC"), which ordered the parties, no later than October 9, 2025, to show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of May 27, 2025. (See Dkt. 18, Court's Order of October 2, 2025). The OSC admonished the parties that "[f]ailure to submit a response to th[e OSC] by the deadline . . . may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution." (Id.) (citing Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002). The parties filed a response to the OSC representing that a mediation was scheduled for October 13, 2025, and that the parties would file a status report regarding settlement within 48 hours. (See Dkt. 19, Joint Status Report Regarding Settlement and Mediation). The court continued the OSC to October 15, 2025. (See Dkt. 21). As of the date of this Order, no status report or any other document has been filed by the parties. (See, generally, Dkt.).

Based on the foregoing, IT IS ORDERED THAT the the parties shall appear on **November 13, 2025, at 10:00 a.m.** to show cause why dismissal and/or sanctions should not be imposed for failure to respond to the continued OSC. The OSC may be discharged provided the parties file a notice of settlement at least 24 hours before the show cause hearing.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |